PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3422
_____

ROGER VANDERKLOK

v.

UNITED STATES OF AMERICA;
TRANSPORTATION SECURITY ADMINISTRATION (TSA);
CHARLES KIESER, TSA; CITY OF PHILADELPHIA;
RAYMOND PINKNEY, Philadelphia Police;
DETECTIVE M. WOJCIECHOWSKI, Philadelphia Police;
KENNETH FLAVILLE, Philadelphia Police;
JEH JOHNSON, Department of Homeland Security;
JOHN S. PISTOLE, TSA

Charles Kieser, TSA,
                              Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-15-cv-370)
District Judge:  Hon. Gerald J. Pappert
_____

ARGUED
March 23, 2017

Before:  SMITH, *Chief Judge*, JORDAN, and ROTH, *Circuit Judges*.

(Filed: August 22, 2017)

_____

ORDER TO AMEND OPINION
_____

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above captioned opinion be amended as follows:

Page 39, the third line, "Kaiser" shall be changed to "Kieser".

By the Court:


 s/ Kent A. Jordan
Circuit Judge


DATED:     August 25, 2017